UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ANTONIO ENRIQUEZ, | Case No. 3:21-cv-00085-MMD-CSD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| STATE OF NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

This action began with a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. (ECF No. 4.) Plaintiff Antonio Enriquez has submitted an application to proceed *in forma pauperis* ("IFP Application") demonstrating that he is able to pay the full $402 filing fee for a civil action. (ECF No. 1). Based on the financial information provided, the Court denies the IFP Application and directs Enriquez to pay the $402 filing fee in full before this case may proceed.

Enriquez must pay the full filing fee of $402 on or before Friday, March 11, 2022, to proceed with this case. Alternatively, if Enriquez's financial situation has changed, he may submit a new IFP Application with an inmate account statement for the past six months and a properly executed financial certificate demonstrating his indigent status. After the Court determines the matter of the payment of the filing fee, the Court will issue an order on the matter of service.

It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied.

It is further ordered that Enriquez must pay the full filing fee of $402 to the Clerk of Court on or before March 11, 2022, to proceed with this case.

Alternatively, if Enriquez's financial status has changed, Enriquez must demonstrate his indigent status by submitting a new application to proceed *in forma pauperis* with an inmate account statement for the past six months and a properly executed financial certificate to this Court on or before March 11, 2022.

It is further ordered that if Enriquez fails to timely comply with this order, the Court will dismiss this case without prejudice.

DATED THIS 3rd Day of February 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE