1

UNITED STATES DISTRICT COURT

2

DISTRICT OF NEVADA

3

ANTONIO ENRIQUEZ,                                    Case No.  3:21-cv-00085-MMD-CSD

4

                                    Plaintiff              ORDER

5

        v.

6

STATE OF NEVADA DEPARTMENT OF
CORRECTIONS et al.,

7

                                    Defendants

8

9

10        On February 3, 2022, this Court denied Plaintiff's application to proceed *in forma*

11 *pauperis* because his application demonstrated that he could pay the $402 filing fee in

12 full.  (ECF No. 10 at 1).  The Court directed Plaintiff to pay the full filing fee by March 11,

13 2022, to proceed with this case.  (*Id.*)

14        On March 1, 2022, Plaintiff filed a motion seeking an extension of time to pay the

15 full filing fee.  (ECF No. 11 at 1).  Plaintiff explains that it took him three weeks to obtain

16 a brass slip from prison officials and it is taking prison officials three to six weeks to

17 process brass slips for outgoing payments.  (*Id.* at 1-2).

18        The Court grants Plaintiff's motion for extension of time.  Plaintiff is directed to pay

19 the $402 filing fee to this Court by Friday, April 29, 2022.

20        For the foregoing reasons, it is ordered that the motion for extension of time (ECF

21 No. 11) is granted.

22        It is further ordered that on or before Friday, April 29, 2022, Plaintiff will pay the

23 $402 filing fee to proceed with this case.

24        It is further ordered that if Plaintiff fails to timely comply with this order, the Court

25 will recommend dismissal of this case without prejudice.

26        DATED THIS  10th day of March 2022.

27

28

_____
UNITED STATES MAGISTRATE JUDGE