## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ANTONIO ENRIQUEZ, | Case No. 3:21-cv-00085-ART-CSD |
|---|---|
| Plaintiff, | |
| vs. | |
| STATE OF NEVADA DEPARMENT OF CORRECTIONS, *et al.*, | **ORDER GRANTING** |
| | **STIPULATION TO DISMISS WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Antonio Enriquez, by and through counsel, Andrew Wong, and Defendants Tim Garrett, Gail Waters, Harold Wickham, and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 8th day of April, 2025.

By: /s/ Andrew Wong
ANDREW WONG (Bar No. 14133)
*Attorneys for Plaintiff*

DATED this 8th day of April, 2025

AARON D. FORD
Attorney General

By: /s/ Leo T. Hendges
LEO T. HENDGES (Bar No. 16034)
Senior Deputy Attorney General
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED this 9th day of April, 2025.